**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | |

**MOTION AND ORDER FOR ADMISSION
_PRO HAC VICE_ OF HEATHER L. HARMON**

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves the admission _pro hac vice_ of Heather L. Harmon of Genovese Joblove & Battista P.A. to represent the above-captioned debtor and debtor-in-possession (the "**Debtor**").

Dated: March 11, 2014
      Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:      chipman@ccbllp.com
           olivere@ccbllp.com

_Proposed Counsel for the Debtor and Debtor-in-Possession_

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March __11__, 2014

Heather L. Harmon
GENOVESE JOBLOVE & BATTISTA P.A.
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone:      (305) 349-2300
Facsimile:      (305) 349-2310
Email:          hharmon@gjb-law.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2014
        Wilmington, Delaware

_____
Honorable Mary F. Walrath
United States Bankruptcy Court