| | |
|---|---|
| In re: | Chapter 11 |
| Prospect Park Networks, LLC, | Case No. 14-10520 (MFW) |
| Debtor. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

      1. **Connecticut Film Center, LLC** Attn: Bruce Heller, 76 Progress Drive, Suite 101, Stamford, CT 06902, Phone: (203) 348-2500, Fax: (203) 348-5200

      2. **4 Wall Lighting**, Attn: Kathy Torjman, 3325 W. Sunset Rd., Suite F, Las Vegas, NV 89118, Phone: (702) 263-3858, Fax: (702) 263-3863

      3. **Gary Group**, Attn: Rick Rogers, 2040 Broadway, Santa Monica, CA 90404, Phone: (310) 449-7626, Fax: (310) 264-9744

      ROBERTA A. DEANGELIS
      United States Trustee, Region 3

      /s/ *Benjamin Hackman* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: March 31, 2014

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Proposed Counsel: William Chipman, Phone: (302) 295-0193, Fax: (302) 295-0199