IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 28, 2014 AT 2:00 P.M. (ET)[2]**

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:**

1. Application of Official Committee of Unsecured Creditors for Order, Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1, Authorizing and Approving Retention of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Counsel, *Nunc Pro Tunc* to March 31, 2014 [Docket No. 36; Filed April 14, 2014].

   Objection/Response Deadline: May 5, 2014 at 4:00 p.m. (ET)

   Related Pleadings:

   A. Certificate of No Objection Regarding Application of Official Committee of Unsecured Creditors for Order, Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1, Authorizing and Approving Retention of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Counsel, *Nunc Pro Tunc* to March 31, 2014 [Docket No. 45; Filed May 8, 2014].

   Status: A Certificate of No Objection has been filed. No hearing is necessary unless otherwise requested by the Court.

**UNCONTESTED MATTER GOING FORWARD:**

2. Second Motion of the Debtor for an Order Granting an Extension of the Time to File (a) Schedules of Assets and Liabilities, (b) Schedules of Executory Contracts and Unexpired Leases, and (c) Statements of Financial Affairs [Docket No. 28; Filed March 21, 2014].

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the May 28, 2014 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Tuesday, May 27, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*

Objection/Response Deadline: May 21, 2014 at 4:00 p.m. (ET)

Related Pleadings:

None.

Status: No objections have been received to the above motion. Therefore, the Debtor intends to file a Certificate of No Objection on May 23, 2014 after 4:00 p.m. No hearing is necessary unless otherwise requested by the Court.

**CONTESTED MATTER GOING FORWARD:**

3. Motion of the Debtor for Authority to Employ Cohn Reznick LLP as an Ordinary Course Professional Pursuant to Sections 105(a), 327(b), 328, 330 and 363 of the Bankruptcy Code *Nunc Pro Tunc* to March 10, 2014 [Docket No. 43; Filed April 24, 2014].

Objection/Response Deadline: May 21, 2014 at 4:00 p.m. (ET)

Responses Received:

A.  Informal objection from the Office of the United States Trustee ("**UST**").

Related Pleadings:

None.

Status: The Debtor has received an informal objection from the UST and the parties are working to resolve these issues. To the extent the issues are resolved prior to the hearing, a revised form of order will be submitted prior to or at the hearing. This matter will go forward.

Dated: May 23, 2014
Wilmington, Delaware

                      **COUSINS CHIPMAN & BROWN, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:      (302) 295-0199
Email:              chipman@ccbllp.com
                        olivere@ccbllp.com

-and-

John H. Genovese
Michael Schuster
Heather L. Harmon
**GENOVESE JOBLOVE & BATTISTA P.A.**
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email:     jgenovese@gjb-law.com
           mschuster@gjb-law.com
           hharmon@gjb-law.com

*Counsel for the Debtor and Debtor-in-Possession*

3