IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     )   SS
NEW CASTLE COUNTY    )

    Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Cousins Chipman & Brown, LLP, counsel to Prospect Park Networks, LLC in the above-captioned case, and on the 25th day of July, 2014, she caused a copy of the following

    (1) Second Monthly Application of Cousins Chipman & Brown, LLP as Delaware Counsel to the Debtor for Compensation and Reimbursement of Expenses for the Period from May 1, 2014 through and Including June 30, 2014 [Docket 78]

to be served upon the parties listed on the attached service list *via* hand delivery or first class mail.

/s/ Michelle M. Dero
Michelle M. Dero

SWORN TO AND SUBCRIBED before me this 28th day of July, 2014.

Notary Public

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

**PROSPECT PARK NETWORKS, LLC**
**CASE NO. 14-10520 (MFW)**

<u>CORE SERVICE LIST/LABELS</u>

**Hand Delivery = 2**
**First Class Mail = 3**

*Via* **Hand Delivery**

Benjamin Hackman, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801

*Via* **Hand Delivery**

David R. Hurst, Esquire
*Cole, Schotz, Meisel, Forman & Leonard, P.A.*
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)

*Via* **First Class Mail**

Daniel F.X. Geoghan, Esquire
*Cole, Schotz, Meisel, Forman & Leonard, P.A.*
900 Third Avenue, 16th Floor
New York, NY 10022
(Counsel to the Official Committee of Unsecured Creditors)

*Via* **First Class Mail**

*Prospect Park Networks, LLC*
Attn: Jeffrey Kwatinetz
1840 Century Park East, 18th Floor
Los Angeles, CA 90067

*Via* **First Class Mail**

John H. Genovese, Esquire
Heather L. Harmon, Esquire
Michael Schuster, Esquire
*Genovese Joblove & Battista P.A.*
100 Southeast Second Street, 44th Floor
Miami, FL 33131
(Counsel to the Debtor)

**PROSPECT PARK NETWORKS, LLC**
**CASE NO. 14-10520 (MFW)**

**FEE APPLICATION "NOTICE ONLY"**
<u>**SERVICE LIST/LABELS**</u>

Hand Delivery = 3
First Class Mail = 18

*Via* **Hand Delivery**

Zillah A. Frampton, Bankruptcy Administrator
*Delaware Division of Revenue*
CSOB 8th Floor
820 North French Street
Wilmington, DE 19801

*Via* **Hand Delivery**

J. Cory Falgowski, Esquire
*Reed Smith LLP*
1201 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to GEPF, LLC)

*Via* **Hand Delivery**

Ellen W. Slights, Esquire
*Office of the United States Attorney*
1007 North Orange Street, Suite 700
Wilmington, DE 19801

*Via* **First Class Mail**

*Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346

*Via* **First Class Mail**

*Capitol Glass & Sash Co., Inc.*
50-45 Barnett Avenue
Long Island City, NY 11104

*Via* **First Class Mail**

*Division of Corporations*
P.O. Box 898
Dover, DE 19903

*Via* **First Class Mail**

*California Secretary of State*
P.O. Box 944228
Sacramento, CA 94244-2280

*Via* **First Class Mail**

*Delaware State Treasury*
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

*Via* **First Class Mail**

*Internal Revenue Service*
Attn: Insolvency
District Director
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*Via* First Class Mail

*Internal Revenue Service*
Attn: Insolvency
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

*Via* First Class Mail

*Securities & Exchange Commission*
Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

*Via* First Class Mail

*Securities & Exchange Commission*
Office of General Counsel - Bankruptcy
100 F Street, N.E.
Washington, DC 20549

*Via* First Class Mail

*Connecticut Secretary of State*
P.O. Box 150470
Hartford, CT 06115-1470

*Via* First Class Mail

Office of General Counsel
*Federal Communications Commission*
445 12th Street, S.W.
Washington, DC 20554

*Via* First Class Mail

Office of General Counsel
*Pension Benefit Guaranty Corp.*
1200 K Street, N.W.
Washington, DC 20005-4026

*Via* First Class Mail

Michael S. Sherman, Esquire
*Reed Smith LLP*
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
(Counsel to GEPF, LLC)

*Via* First Class Mail

Marsha A. Houston, Esquire
*Reed Smith LLP*
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(Counsel to GEPF, LLC)

*Via* First Class Mail

*Apple Inc.*
1 Infinite Loop
MS 3-ITS
Cupertino, CA 95014

*Via* First Class Mail

*Jamie Lawrence Productions*
128 West 26th Street, 5th Floor
New York, NY 10001
(Creditor)

*Via* First Class Mail

Heike M. Vogel, Esquire
*Vogel Bach, PC*
1745 Broadway, 17th Floor
New York, NY 10019
(Counsel to MyPlay Direct, Inc.)

*Via* First Class Mail

Shana White, Esquire
*Dechert LLP*
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808