# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | PROSPECT PARK NETWORKS, LLC | | |
| **Case Number:** | 14-10520-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JULY 28, 2014  03:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### *Matter:*

Omnibus

**R / M #:**   76 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:
 Item 1 - Continued
 Item 2 - Order entered
 Item 3 - Order entered
Status report given.