IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | Ref. Nos. 60 and 74 |

**ORDER EXTENDING TIME PERIOD WITHIN WHICH THE DEBTOR MAY FILE NOTICES TO REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND RULES 9027 AND 9006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the above-captioned debtor and debtor-in-possession's (the "**Debtor**")[2] Motion to Extend the Time Period Within Which the Debtor May File Notices to Remove Actions Pursuant to 28 U.S.C. §1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure (the "**Motion**"); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice need be given; and it appearing that the relief requested by the Motion is necessary and appropriate and in the best interests of the Debtor and its estates; and after due deliberation thereon, and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. The time period provided by Bankruptcy Rule 9027 within which the Debtor may file notices of removal of related proceedings under Bankruptcy Rule 9027(a)(2) is enlarged and extended through and including October 6, 2014 (the "**Pre-Petition Removal Deadline**").

3. The Pre-Petition Removal Deadline applies to all matters specified in Bankruptcy Rule 9027(a)(2)(A), (B), (C).

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

[2] All capitalized terms used but not defined herein shall have the same meaning as ascribed to them in the Motion.

4.     The time period provided by Bankruptcy Rule 9027 within which the Debtor may file notices of removal of related proceedings under Bankruptcy Rule 9027(a)(3) is enlarged and extended to the later of (i) October 6, 2014, and (ii) the time period specified in Bankruptcy Rule 9027(a)(3)(A) and (B) (i.e. the shorter of (A) thirty (30) days after receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim or cause of action south to be removed, or (B) thirty (30) days after receipt of the summons if the initial pleading has been filed with the court but not served with the summons) (the "**Post-Petition Removal Deadline**").

5.     The Post-Petition Removal Deadline applies to all matters specified in Bankruptcy Rule 9027(a)(3).

6.     This Order is without prejudice to the Debtor's right to seek further extensions of the time within which to remove related proceedings.

7.     This Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: July 28, 2014
Wilmington, Delaware

_____
Honorable Mary F. Walrath
United States Bankruptcy Court Judge

2