# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC, | Case No. 14-10520 (MFW) |
| Debtor. | Hearing Date: August 25, 2014 at 10:30 a.m. (ET)<br>Objection Deadline: August 18, 2014 at 4:00 p.m. (ET) |

**DECLARATION OF BRIAN A. SUN IN SUPPORT OF APPLICATION OF THE
DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND
EMPLOYMENT OF JONES DAY AS SPECIAL LITIGATION COUNSEL TO DEBTOR
PURSUANT TO 11 U.S.C. §§ 327& 328; (II) AUTHORIZING PAYMENT OF
LITIGATION COST RESERVE PURSUANT TO 11 U.S.C. § 363 AND
(III) AUTHORIZING WAIVER OF CERTAIN INFORMATION REQUIREMENTS
PURSUANT TO LOCAL RULE 2016-2(h)**

I, Brian A. Sun, hereby declare under penalty of perjury:

1.      I am a partner in the law firm of Jones Day ("**Jones Day**") located at 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071. I am a member in good standing of the Bar of California.

2.      I am in all respects competent to make this Declaration in support of Debtor Prospect Park Networks LLC's (the "**Debtor**") application (the "**Application**") to retain Jones Day as special litigation counsel for the Debtor, pursuant to sections 327(e) and 328 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

3.      The Debtor seeks to retain Jones Day to render legal services in connection with an action filed by the Debtor against American Broadcasting Companies ("**ABC**") and pending in the Superior Court of the State of California, County of Los Angeles, Case No. BC506052,

entitled *Prospect Park Networks, LLC vs. American Broadcasting Companies, Inc.* (the "**ABC Lawsuit**" or the "**ABC Litigation**").

4.    In connection with this Declaration, I supervised a search of Jones Day's records to determine possible client and adverse interests.  We searched the names of (i) the Debtor, (ii) the defendant in the ABC Litigation, (iii) the parties listed on the Master Mailing List for this case maintained by the Clerk of the Court, (iv) the Debtor's equity security holders, and (v) the parties listed in the Debtor's creditors matrix (collectively, the "**Interested Parties**").  Schedule 1 attached hereto lists all of the names searched by Jones Day.  Schedule 2 attached hereto is a list of those Interested Parties that Jones Day currently represents or has represented in the past two years as detailed therein.  None of these matters, however, related to the Debtor or the ABC Litigation.

5.    None of the representations described herein are materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders thereof.

6.    Jones Day does not represent the Debtor on any other matters.  Jones Day is not aware of any current or prior representation of any of the attorneys and other professionals employed in this Chapter 11 case, or any connection with the Honorable Mary Walrath, the United States Trustee, or any person employed in the Office of the United States Trustee.

7.    Jones Day will periodically review its files during the pendency of the ABC Litigation to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Jones Day will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

8.    Jones Day will incur reasonable costs and expenses in performing legal services in connection with its work on the ABC Lawsuit, including (without limitation) photocopying, costs of charts and other visual aids, expert and witness fees, travel expenses, filing and recording fees, postage, express mail and messenger charges, deposition fees and costs, computerized legal research charges and other computer services, electronic discovery costs, costs associated with establishing and maintaining a database of documents, document review costs, and miscellaneous other charges. Due to the complex nature of the ABC Lawsuit, and as set forth in the Retainer Agreement, an express condition precedent to Jones Days' undertaking of this representation is the establishment of a cost fund in the amount of $400,000 which shall be for costs incurred in connection with Jones Days' representation of the Debtor in the ABC Litigation (the "**Litigation Cost Reserve**"). Jones Days' representation of the Debtor shall not be effective until the Litigation Cost Reserve has been transferred by the Debtor to Jones Day's attorney trust account.

9.    Jones Day will prepare and file a final application detailing only the costs and expenses incurred by Jones Day in the ABC Litigation and agrees that final approval of such costs and expenses is subject to a reasonableness finding of the Court.

10.    Jones Day's work relating to the ABC Litigation shall entitle Jones Day to a Contingent Fee structured as follows:

    i.   Jones Day shall be entitled to fees in the amount of 33 1/3% of all Gross Consideration (as defined in the Retainer Agreement and summarized herein) received should the ABC Lawsuit settle prior to the empanelling of a jury;

    ii.  Jones Day shall be entitled to fees in the amount of 40% of any Gross Consideration received after empanelling a jury in the ABC Lawsuit

    iii. The term "Gross Consideration" is defined in the Retainer Agreement as "any and all monetary and non-monetary payments made to or for the benefit of, value received or obtained by, Prospect Park or its bankruptcy

3

estate by any person or entity for any settlement, business deal, judgment, or any other resolution of this matter, or any portion thereof, including all cash and non-cash consideration, whether received directly or indirectly by Prospect Park, before any deductions (including any amount recovered that may be held in escrow, sums received on account of compensatory damages, exemplary or enhanced damages, attorneys' fees, pre-judgment interest, costs and post-judgment interest)."

11.     It is Jones Day's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include charges for, among other things, computer research services, copying, courier services, electronic databases, long distance telephone and facsimile service, messenger services, postage, certain special services (such as litigation support, video/audio production services/equipment, off-site location, off-hour HVAC and related expenses), expenses for "working meals," staff overtime, and travel. Jones Day will be entitled to reimbursement from the Debtor for these expenses from the Litigation Cost Reserve in a manner and at rates consistent with charges made generally to Jones Day's other clients and in accordance with the Court's order approving Jones Day's employment application.

12.     No promises have been received by Jones Day nor by any partner, counsel, or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Jones Day has no agreement with any other entity to share with such entity any compensation received by Jones Day in connection with the ABC Litigation or this Chapter 11 case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2014

Brian A. Sun, Esq.

4

## SCHEDULE 1

### PROSPECT PARK NETWORKS, LLC
#### Interested Parties Reviewed

**The Debtor**
Prospect Park Networks LLC

**Debtor's Professionals**
Cousins Chipman & Brown LLP
Genovese Joblove & Battista, P.A.

**Equity Security Holders**
Abry Senior Equity IV, L.P.
AGM Partners LLC
Del, Shaw, Moonves, Tanaka, Finkelstein &
    Lezcano LLC
Jeffrey E. Kwatinetz
Prospect Park LLC
Richard Frank
WME Investments LLC

**Creditors**
4 Wall Contemporary Light and Staging
4 Wall Entertainment, Inc.
ABC, a/k/a American Broadcasting Company
Abrams Artist Agency
Agnes Nixon and Associates
American Broadcasting Companies, Inc.
Andrews Kurth LLP
Apple, Inc.
Arbry Partners LLC
Artist 101, Inc.
Bauer Media Group
BE Productions, Inc.
Bleuman, Inc.
California Board of Equalization
California Franchise Tax Board
California Jo, Inc.
California Secretary of State
Capitol Glass & Sash Co., Inc.
CAT Entertainment Services
City Carting, Inc.
Cohn & Resnick
Connecticut Department of Revenue
Connecticut Film Center
Connecticut Office of Film, Television and Digital
    Media
CP Talent Management
Cornerstone Talent Agency
Creative Film Connections, Inc.
Daniel Hoff Agency
DDOT, LLC

Delaware Department of Revenue
Delaware Department of State
Delaware State Treasury
Directors Guild (DGA Residuals)
Directors Guild of America
Don Buchwald & Associates
Drivers Unlimited, Inc.
Charles Todd Dufour
Elements
Employment Development Department –
    Sacramento, CA
Encompass Media
Enterprise Holdings, Inc.
Fools Gold, Inc.
Foto-Kem Industries, Inc.
Fross, Zelnick, Lehrman & Zissu PC
The Gary Group
GEPF LLC, d/b/a EP Financial Solutions
The Gersh Agency
Getty Images
Good Mood Records
Robert Gorrie
GSO Business Management
Brenda Hampton
Laura Harrier
Hertz Corporation
Heslin Associates
Marsha Houston
Roger Howarth
Hulu LLC
IATSE New York Production Local Union
Internal Revenue Service
James Levy Management
Jamie Lawrence Productions
Jan Pro Cleaning
Jan-Pro of Southern Connecticut
Jason Giller, P.A.
Jerry Ver Dorn, Inc.
Karpel Group
Michael Kassan
Kill Lynx LLC
Jessica Klein
Lavely & Singer, P.C.
Lip Sync Music
Leading Artist
Loeb & Loeb LLP
Luber Roklin Entertainment
Major Features, Inc.

i

ii

Martino Management, Inc.
The Michael Bruno Group
Debbi Morgan
Mutual Sales Corporation/Mutual Hardware
MyPlay Direct, Inc.
Michael Nader
NEP Group, Inc.
NEP Image Group LLC
NEP Studios
Nervo
New Features, Inc.
Office of the United States Trustee – Delaware
Paradigm
Pulse Licensing LLC
Richard Schwartz Management
Ring Power Corporation/The CAT Store
Christopher O. Rivas
Rozzen & Associates
SAG AFTRA
Screen Actors Guild
Secretary of State of Connecticut
Secretary of the U.S. Department of the Treasury

Securitas Security Services USA, Inc.
Securities and Exchange Commission
Sheila Feren Communications, Ltd.
Shukart Arrow Hafer Weber & Herbsman
Sklar Kirsh LLP
Erica Slezak
Hillary Smith
Soffer/Namoff Entertainment
Trevor St. John
Saleisha LaShawn Stowers
Robin Strasser
Talentworks
Theatrical Drivers and Helpers Local 817
Denyse Tonza
United Rental
United Rentals, Inc.
Tuc Watkins
Wavelength Media LLC
Robert S. Woods
Writers Guild
Writers Guild of America East, Inc.
Writers Guild of America West, Inc.

## SCHEDULE 2

### PROSPECT PARK NETWORKS, LLC
### INTERESTED PARTIES (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS OF JONES DAY WITHIN THE LAST TWO YEARS[1] IN MATTERS UNRELATED TO THE DEBTOR OR ITS CHAPTER 11 CASE

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Abry Senior Equity IV, L.P. | Equity Security Holder | • Parent companyAbry Partners LLC is the parent company of current client *Comforce Corporation*. |
| *Apple, Inc.* | Creditor | • *Apple, Inc.* is: (a) a current client; and (b) the employer of an individual who is a current Jones Day client (opened 2014); and<br>• Affiliate company Apple Operations is a former client (closed 2014). |
| California Secretary of State | Creditor | • Governing entity, the State of California, is the governing entity for: (a) current client *Judicial Council of the State of California Administrative Office of the Courts*; and (b) Mule Creek State Prison and California Department of Corrections & Rehabilitation, the employer of an individual who is a former Jones Day client (closed 2012); and<br>• A Jones Day attorney serves on The Medical Board of California, a California state governed entity. |
| Cohen & Grigsby, P.C. | Other Professional | • Cohen & Grigsby P.C. is a former client (closed 2012). |
| Hertz Corporation | Creditor | • Parent company *Hertz Global Holdings, Inc.* is a current client. |
| Kirkland & Ellis LLP | Other Professional | • Kirkland & Ellis LLP is the parent company of current client *Kirkland & Ellis International LLP*. |
| NEP Group, Inc. NEP Image Group LLC; and NEP Studios | Vendors | • Two individuals who are employed by affiliate company NEP Broadcasting LLC are current Jones Day clients (opened 2012); and<br>• Affiliate company *NEP Supershooters, L.P.* is a current client. |
| Secretary of State of Connecticut | Creditor | • The State of Connecticut is the governing authority for the University of Connecticut, which is the employer of an individual who is a former Jones Day client (closed 2012). |
| United States Department of the Treasury | Creditor | • •The United States Department of the Treasury is an investor in current client Old Carco Liquidation Trust. |

---

[1] The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.