IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | Hearing Date: September 25, 2014 at 2:00 p.m. (ET) <br> Objection Deadline: September 18, 2014 at 4:00 p.m. (ET) |

## NOTICE OF MOTION AND HEARING

TO:   the Office of the United States Trustee for the District of Delaware; counsel to the Official Committee of Unsecured Creditors; counsel to GEPF, LLC; and all parties requesting notice pursuant to Bankruptcy Rule 2002

On September 4, 2014, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the *Second Motion of the Debtor for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Extending the Exclusivity Period for the Solicitation of Acceptance of a Chapter 11 Plan* (the "**Motion**"), a copy of which is attached hereto.

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 18, 2014 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on September 18, 2014.**

A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 25, 2014 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Signature page to follow]*

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

Dated: September 4, 2014
      Wilmington, Delaware

                        **COUSINS CHIPMAN & BROWN, LLP**

                        _/s/ Mark D. Olivere_
                        William E. Chipman, Jr. (No. 3818)
                        Mark D. Olivere (No. 4291)
                        1007 North Orange Street, Suite 1110
                        Wilmington, Delaware 19801
                        Telephone:    (302) 295-0191
                        Facsimile:    (302) 295-0199
                        Email:        chipman@ccbllp.com
                                         olivere@ccbllp.com

                                  -and-

John H. Genovese
Michael Schuster
Heather L. Harmon
**GENOVESE JOBLOVE & BATTISTA P.A.**
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email:     jgenovese@gjb-law.com
             mschuster@gjb-law.com
             hharmon@gjb-law.com

_Counsel for the Debtor and Debtor-in-Possession_