IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | |

## NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Cousins Chipman & Brown, LLP has changed its name to **Chipman Brown Cicero & Cole, LLP**. The firm's office address, email address, and telephone and facsimile numbers are set forth in the signature block below.

Dated: September 17, 2014
       Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:   (302) 295-0199
Email:       chipman@chipmanbrown.com
              olivere@chipmanbrown.com

*Counsel to Debtor and Debtor-In-Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.