IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | Ref No. 120 |

**ORDER GRANTING MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVITY PERIOD FOR THE SOLICITATION OF ACCEPTANCE OF A CHAPTER 11 PLAN**

Upon the Motion of the Debtor for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Extending the Exclusivity Period for the Solicitation of Acceptance of a Chapter 11 Plan (the "**Motion**")[2]; and the Court being satisfied based on the representations in the Motion that good and sufficient cause exists in support of an extension of the Exclusivity Period as requested in the Motion; and it appearing that sufficient notice of the Motion has been given; and sufficient cause appearing therefor; it is hereby:

ORDERED that the Motion is GRANTED, as set forth herein; and it is further

ORDERED that pursuant to 11 U.S.C. § 1121(d) the exclusive period in which the Debtor may solicit acceptances of its Chapter 11 plan pursuant to 11 U.S.C. § 1121(c)(3) is enlarged through and including December 5, 2014; and it is further

ORDERED that that the relief granted in this Order is without prejudice to the Debtor seeking a further extension of the exclusivity periods under 11 U.S.C. § 1121(d); and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 25, 2014
Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court Judge