# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | PROSPECT PARK NETWORKS, LLC |
| **Case Number:** | 14-10520-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 25, 2014 02:00 PM    CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matters:

1) Omnibus
   **R / M #:**   145 / 0

2) Fees
   **R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
  Item 1 - Continued
  Item 2 - Withdrawn
  Item 3 - Order entered
  Item 4 - Order entered
  Item 5 - Order due under Certification of Counsel