# SIGN-IN SHEET

**CASE NAME:** Prospect Park Networks, LLC  **COURTROOM NUMBER:** 4

**CASE NUMBER:** 14-10520 (MFW)  **DATE:** September 25, 2014 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David R. Hurst | Cole Schotz | Committee |
| Darren Goodman | " | " |
| William Chipman | Chipman Brown Cicero & Cole | Debtor |
| John Genovese | Genovese Joblove & Battista | " |
| Mike Shuster | " | " |
| Grant Dick | Cooch+Taylor | Screen Actors Guild |
| R Stephen McNeill | Potter Anderson | ABC |
| Jeffrey Wisler | Connolly Gallagher | Andrews Kurth LLP |
| Benjamin Hackman | | U.S. Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath
### #4

Calendar Date: 09/25/2014
Calendar Time: 02:00 PM ET

2nd Revision 09/24/2014 02:08 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Prospect Park Networks, LLC | 14-10520 | Hearing | 6486295 | Heather L. Harmon | (305) 349-2327 | Genovese Joblove & Battista, P.A. | Debtor, Prospect Park Networks / LIVE |
| | | Prospect Park Networks, LLC | 14-10520 | Hearing | 6488259 | Joseph Kohanski | 818-973-3200 | Bush & Gottlieb | Creditor, Screen Actors Guild-American Federation of Television and Radio Artist / LIVE |
| | | Prospect Park Networks, LLC | 14-10520 | Hearing | 6491502 | Brian A. Sun | 213-243-2642 | Jones Day | Interested Party, Brian Sun / LIVE |