IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | Ref. No. 163 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion to Further Extend the Time Period Within Which the Debtor May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and 9027 and 9006 of the Federal Rules of Bankruptcy Procedure* [Docket No. 163] (the "**Motion**") filed on October 6, 2014. The undersigned further certifies that a review of the Court's docket in this case reflects no answer, objection or other responsive pleading to the Motion has been filed. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 18, 2014 at 4:00 p.m. (ET).

It is hereby respectfully requested that the Court enter the proposed form of Order attached to the Motion at its earliest convenience.

Dated: November 20, 2014
Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

/s/ Mark D. Olivere
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:         chipman@chipmanbrown.com
                    olivere@chipmanbrown.com

-and-

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

John H. Genovese
Michael Schuster
Heather L. Harmon
**GENOVESE JOBLOVE & BATTISTA P.A.**
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: jgenovese@gjb-law.com
mschuster@gjb-law.com
hharmon@gjb-law.com

*Counsel for the Debtor and Debtor-in-Possession*