**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 23, 2015 AT 2:00 P.M. (ET)**

**\*\*AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THE
HEARING HAS BEEN CANCELED AT THE DIRECTION OF THE COURT\*\***

**CONTINUED MATTER(S):**

1. Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan [Docket No. 90; Filed August 7, 2014].

    Objection/Response Deadline:  September 18, 2014 at 4:00 p.m. (ET).

    Responses Received:

    A.    Objection of the Official Committee of Unsecured Creditors to the Disclosure Statement for Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 132; Filed September 18, 2014].

    B.    Objection of Screen Actors Guild-American Federation of Television and Radio Artists to Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan [Docket No. 135; Filed September 18, 2014].

    C.    Objection of the United States Trustee to the Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan [Docket No. 212; Filed December 15, 2014].

---

[1]    The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

[2]    All amended items appear in **bold**.

Related Pleadings:

A.     Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of the
       Bankruptcy Code [Docket No. 88; Filed August 7, 2014].

B.     Disclosure Statement for Liquidating Plan of Prospect Park Networks, LLC
       Under Chapter 11 of the Bankruptcy Code [Docket No. 89; Filed August 7, 2014].

C.     *Amended* Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of
       the Bankruptcy Code [Docket No. 178; Filed October 27, 2014].

D.     Disclosure Statement for *Amended* Liquidating Plan of Prospect Park Networks,
       LLC Under Chapter 11 of the Bankruptcy Code [Docket No. 179; Filed October
       27, 2014].

E.     Notice of Filing of *Amended* Liquidating Plan of Prospect Park Networks, LLC
       Under Chapter 11 of the Bankruptcy Code and Related Disclosure Statement
       [Docket No. 180; Filed October 27, 2014].

F.     Re-Notice of Motion and Hearing [Docket No. 181; Filed October 27, 2014].

Status:     This matter is continued to the omnibus hearing scheduled for March 19, 2015
            at 11:30 a.m.

2.  Motion of IATSE New York Production Locals for Allowance of its Proof of Claim Filed
    After the December 15, 2014 Bar Date [Docket No. 242; Filed January 21, 2015].

    Objection/Response Deadline:  February 19, 2015 at 4:00 p.m. The objection deadline
    has been extended to March 12, 2015 at 4:00 p.m. (ET) for the Debtor and the Official
    Committee of Unsecured Creditors.

    Responses Received:  None.

    Related Pleadings:     None.

    Status:     This matter is continued to the omnibus hearing scheduled for March 19, 2015
                at 11:30 a.m.

**UNCONTESTED MATTER(S) GOING FORWARD:**

3.  Motion of the Debtor for Entry of an Order (i) Granting Relief from the Automatic Stay
    to Permit Andrews Kurth LLP to Setoff Retainer, and (ii) Approving Stipulation Relating
    Thereto [Docket No. 239; Filed January 19, 2015].

    Objection/Response Deadline:  February 13, 2015 at 4:00 p.m. (ET).

    Responses Received:  None.

Related Pleadings:

A.      Certificate of No Objection [Docket No. 261; Filed February 17, 2015].

Status:     **The Court has entered the order. Therefore, at the direction of the Court the hearing has been canceled.**

Dated: February 23, 2015
     Wilmington, Delaware     **CHIPMAN BROWN CICERO & COLE, LLP**


     */s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:     (302) 295-0199
Email:     chipman@chipmanbrown.com
     olivere@chipmanbrown.com


     -and-

John H. Genovese
Michael Schuster
Heather L. Harmon
**GENOVESE JOBLOVE & BATTISTA P.A.**
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone:  (305) 349-2300
Facsimile:  (305) 349-2310
Email:     jgenovese@gjb-law.com
     mschuster@gjb-law.com
     hharmon@gjb-law.com

*Counsel for the Debtor and Debtor-in-Possession*