IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PROSPECT PARK NETWORKS, LLC *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10520-MFW<br><br>**Re: D.I. 270**<br>Objection Deadline: March 12, 2015, by 4:00 p.m.<br>Hearing Date: March 19, 2015 at 11:30 a.m. |

### NOTICE OF HEARING ON MOTION OF HULU, LLC FOR LEAVE TO FILE CONFIDENTIAL AGREEMENT UNDER SEAL

PLEASE TAKE NOTICE that on February 26, 2015, Hulu, LLC, by its counsel, filed its *Motion of Hulu, LLC for Leave to File Confidential Agreement Under Seal* [D.I. 270] (the "Motion").

PLEASE TAKE NOTICE that a hearing on the Motion will be held on **March 19, 2015 at 11:30 a.m.** before the Honorable Mary F. Walrath, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE FURTHER that Objections to the Motion, if any, must be filed with the Court and served on undersigned counsel for Hulu, LLC, listed below, so that they are **received no later than 4:00 p.m. on March 12, 2015.**

**PLEASE TAKE NOTICE FURTHER THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION TO COMPEL WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 6, 2015
      Wilmington, Delaware        STEVENS & LEE, P.C.

                                      */s/ John D. Demmy*
                                      John D. Demmy (DE Bar 2802)
                                      1105 North Market Street, 7th Floor
                                      Wilmington, DE 19801
                                      Telephone: (302) 425-3308
                                      Email: jdd@stevenslee.com

                                      AND

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
Jeffrey A. Krieger
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067
Telephone: (310) 553-3610
Fax:          (310) 553-0687
Email: JKrieger@greenbergglusker.com

*Counsel for Hulu, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, in addition to the notice and service provided through the Court's CM/ECF system, on this 6th day of March, 2015, true and correct copies of the foregoing *Notice of Hearing on Motion of Hulu, LLC for Leave to File Confidential Agreement Under Seal* were served by electronic mail delivery on:

William E. Chipman, Jr.
Mark D. Olivere
Chipman Brown Cicero & Cole, LLP
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Email: chipman@chipmanbrown.com
Email: olivere@chipmanbrown.com

John H. Genovese
Heather L. Harmon
Michael Schuster
Genovese Joblove & Battista, PA
100 S.E. Second Street
44th Floor
Miami, FL 33131
Email: jgenovese@gjb-law.com
Email: hharmon@gjb-law.com
Email: mschuster@gjb-law.com

Benjamin A. Hackman
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email:benjamin.a.hackman@usdoj.gov

Daniel F.X. Geoghan
Cole Schotz P.C.
900 Third Avenue
16th Floor
New York, NY 10022
Email: dgeoghan@coleschotz.com

David R. Hurst
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: bankruptcy@coleschotz.com

        */s/ John D. Demmy*
        John D. Demmy