# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC, | Case No. 14-10520 (MFW) |
| Debtor. | **Ref. Nos. 268 and 282** |

## ORDER GRANTING MOTION OF HULU, LLC
## FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the motion (the "**Motion**") of Hulu, LLC ("**Hulu**"), pursuant to section 362(d) of Title 11 of the United States Code (the "**Bankruptcy Code**"), for entry of an order terminating or otherwise granting relief from the automatic stay under section 362(a) of the Bankruptcy Code to the extent applicable, if any, to Hulu, to allow Hulu to send a termination notice of the Content Deal Memorandum dated January 7, 2013, as amended by the First Amendment of April 23, 2013 and the Second Amendment of April 1, 2014 (collectively, the "**Agreement**") to which it is a party with Prospect Park Networks, LLC ("**Prospect Park**" or the "**Debtor**"); and upon the Certification of Counsel filed on March 18, 2015 in Support of the Motion (the "**Certification of Counsel**"); and the Court, being satisfied based upon the representations made in the Motion and the Certification of Counsel, having found that notice of the Motion and the hearing on the Motion was proper and adequate under all applicable rules of procedure; and the Court, having found and concluded that cause exists for relief from stay and that all other requirements for relief from stay under section 362(d) of the Bankruptcy Code have been satisfied; it is hereby:

ORDERED, that the Motion is GRANTED, as set forth herein; and it is further

ORDERED, that relief from stay is granted such that the Agreement is hereby amended so that (a) the term of the Agreement is extended to July 31, 2015 (the "**Termination Date**"),

and (b) the Agreement shall automatically expire on the Termination Date without any further action of either party to the Agreement.

ORDERED, that all provisions of the Agreement shall remain in effect until the Termination Date;

ORDERED, that all obligations of the Debtor and Hulu under the Agreement that survive the Termination Date, including but not limited to confidentiality and payment, shall remain in effect after the Termination Date pursuant to the terms of the Agreement;

ORDERED, that this Order shall be binding upon any successors and assigns of the Debtor, including but not limited to, a Chapter 11 Trustee or Chapter 7 Trustee, and/or any liquidating trustee or other successors or assigns of the Debtor under a plan of reorganization or plan of liquidation in this case;

ORDERED, that this Order, and the relief granted herein, shall not be affected by any injunction issued in connection with any plan of reorganization in this case;

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 18, 2015
       Wilmington, Delaware

                                        Honorable Mary F. Walrath
                                      United States Bankruptcy Judge