IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | Objection Deadline: August 13, 2015 at 4:00 p.m. (ET)<br>Hearing Date: August 20, 2015 at 3:00 p.m. (ET) |

## NOTICE OF MOTION AND HEARING

TO:  The Office of the United States Trustee for the District of Delaware; counsel to the Official Committee of Unsecured Creditors; counsel to GEPF, LLC; and all parties requesting notice pursuant to Bankruptcy Rule 2002

On July 22, 2015, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the *Debtor's Motion to Convert to a Case Under Chapter 7 of the Bankruptcy Code* (the "**Motion**"), a copy of which is attached hereto.

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 13, 2015 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on August 13, 2015.**

A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 20, 2015 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Signature page to follow]*

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

| | |
|---|---|
| Dated: July 22, 2015<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Facsimile:   (302) 295-0199<br>Email:          chipman@chipmanbrown.com<br>                    olivere@chipmanbrown.com<br><br>-AND-<br><br>**GENOVESE JOBLOVE & BATTISTA, P.A.**<br>John H. Genovese (Fla. Bar No. 280852)<br>Heather L. Harmon (Fla. Bar No. 13192)<br>Michael L. Schuster (Fla. Bar No. 57119)<br>(Admitted *Pro Hac Vice*)<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131<br>Telephone:   (305) 349-2300<br>Facsimile:   (305) 349-2310)<br>Email:          JGenovese@Gjb-Law.com<br>                    HHarmon@Gjb-Law.com<br>                    MSchuster@Gjb-Law.com<br><br>*Counsel to Debtor and Debtor-In-Possession* |