# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC,[1] | Case No. 14-10520 (MFW) |
| Debtor. | Ref. No. 371 |

### ORDER GRANTING DEBTOR'S MOTION TO CONVERT TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon the Motion dated July 22, 2015 (the "**Motion**")[2] of the above-captioned debtor and debtor-in-possession (the "**Debtor**") for an Order pursuant to section 1112(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") converting this case to a case under Chapter 7 of the Bankruptcy Code; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances; and it further appearing that cause exists to grant the relief requested in the Motion and that the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors; and upon due consideration of the Motion; and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Pursuant to section 1112(a) of the Bankruptcy Code, this case is hereby converted to a case under chapter 7 of the Code, effective as of the date hereof (the "**Conversion Date**").

---

[1] The last four digits of the Debtor's federal tax identification number are 8495. The Debtor's headquarters and mailing address is 1840 Century Park East, 18th Floor, Los Angeles, California 90067.

[2] All capitalized terms used but not defined herein shall have the same meaning as ascribed to them in the Motion.

3. The Office of the United States Trustee shall appoint a Chapter 7 trustee to oversee the Debtor's Chapter 7 bankruptcy case.

4. The Debtor shall:

   a. within five (5) days of the Conversion Date, turn over to the chapter 7 trustee all records and property of the estates under their custody and control as required by Federal Rule of Bankruptcy Procedure 1019(4);

   b. within fourteen (14) days of the Conversion Date, file a schedule of unpaid debts incurred after commencement of the superseded case, including the name and address of each creditor, as required by Federal Rule of Bankruptcy Procedure 1019(5);

   c. within fourteen (14) days of the Conversion Date, shall, to the extent not already filed, file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1019(1)(A) and 1007(b); and

   d. within thirty (30) days of the Conversion Date, file and transmit to the Office of the United States Trustee a final report and account as required by Federal Rule of Bankruptcy Procedure l019(5)(A).

5. All lists, inventories, schedules, and statements of financial affairs filed in the chapter 11 case shall be deemed to be filed in the cases under chapter 7 of the Bankruptcy Code.

6. To the extent not already done so, all professionals retained by the Debtors or the Committee in the Cases shall file, within forty-five (45) days of the Conversion Date, a final fee application for approval of all fees and expenses incurred through the Conversion Date.

7. The Debtor and its counsel are authorized to take all necessary steps, perform such actions, execute such documents, and expend such funds as may be necessary to carry out or otherwise effectuate the terms and conditions of this Order.

Dated: August 20, 2015
       Wilmington, Delaware

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge