## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT PARK NETWORKS, LLC, | Case No. 14-10520 (MFW) |
| Debtor. | **Related to Docket No. 377** |

**CERTIFICATION OF NO OBJECTION REGARDING FIFTH INTERIM FEE APPLICATION OF COLE SCHOTZ P.C., COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM APRIL 1, 2015 THROUGH JUNE 30, 2015**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifth Interim Fee Application of Cole Schotz P.C., Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from April 1, 2015 through June 30, 2015 [Docket No. 377] (the "Application"), filed on August 7, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Interim Fee Application, objections to the Application were to be filed and served no later than August 27, 2015.

52850/0001-10971734v9

The objection deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

Dated: Wilmington, Delaware
September 2, 2015

COLE SCHOTZ P.C.

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

- and -

Daniel F.X. Geoghan
900 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (646) 563-8925
Facsimile: (646) 563-7925

*Former Counsel to the Official Committee
of Unsecured Creditors*

2