IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
:
In re:                                                                  : Chapter 7
:
PROSPECT PARK NETWORKS, LLC,          : Case No. 14-10520 (MFW)
:
                                  Debtor.[1]      : **Related to Docket No. 90**
:
---------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN
ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) DETERMINING
DATES, PROCEDURES, AND FORMS APPLICABLE TO SOLICITATION
PROCESS, (III) ESTABLISHING VOTE TABULATION PROCEDURES,
AND (IV) ESTABLISHING OBJECTION DEADLINE AND SCHEDULING
HEARING TO CONSIDER CONFIRMATION OF PLAN**

**PLEASE TAKE NOTICE THAT** the Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan [Docket No. 90] is hereby withdrawn.

Dated: Wilmington, Delaware
         September 21, 2015

                                        COLE SCHOTZ P.C.

                                        /s/ David R. Hurst
                                        David R. Hurst (I.D. No. 3743)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 652-3131
                                        Facsimile: (302) 652-3117

                                        – and –

---

[1] The last four digits of the Debtor's federal tax identification number are 8495.

54407/0001-12281378v1

- 2 -

        Daniel F.X. Geoghan
        900 Third Avenue, 16th Floor
        New York, New York 10022
        Telephone: (212) 752-8000
        Facsimile: (212) 752-8393

*Proposed Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee of Prospect Park Networks, LLC*