IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x
: 
In re:                                                                       :    Chapter 7
:
PROSPECT PARK NETWORKS, LLC,                      :    Case No. 14-10520 (MFW)
:
Debtor.[1]                              :
:
--------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 23, 2015 AT 11:30 A.M. (EASTERN TIME)
BEFORE THE HONORABLE MARY F. WALRATH[2]**

## WITHDRAWN MATTERS

1. Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan (Docket No. 90) (Filed August 7, 2014)

   Related Documents:

   (a) Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of the Bankruptcy Code (Docket No. 88) (Filed August 7, 2014)

   (b) Disclosure Statement for Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of the Bankruptcy Code (Docket No. 89) (Filed August 7, 2014)

   (c) Amended Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of the Bankruptcy Code (Docket No. 178) (Filed October 27, 2014)

---

[1] The last four digits of the Debtor's federal tax identification number are 8495.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Time) on Tuesday, September 22, 2015 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

54407/0001-12274731v1

(d) Disclosure Statement for Amended Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of the Bankruptcy Code (Docket No. 179) (Filed October 27, 2014)

(e) Notice of Filing of Amended Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of the Bankruptcy Code and Related Disclosure Statement Thereto (Docket No. 180) (Filed October 27, 2014)

(f) Re-Notice of Motion and Hearing (Docket No. 181) (Filed October 27, 2014)

(g) Notice of Withdrawal of Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan (Docket No. 407) (Filed September 21, 2015)

Objection Deadline:  September 18, 2015 at 4:00 p.m.

Responses Received:

(a) Objection of the Official Committee of Unsecured Creditors to the Disclosure Statement for Liquidating Plan of Prospect Park Networks, LLC Under Chapter 11 of the Bankruptcy Code (Docket No. 132) (Filed September 18, 2014)

(b) Objection of Screen Actors Guild-American Federation of Television and Radio Artists to Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan (Docket No. 135) (Filed September 18, 2014)

(c) Objection of the United States Trustee to the Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan (Docket No. 212) (Filed December 15, 2014)

Status:  The Motion was withdrawn.  This matter will not be going forward.

**ADJOURNED MATTERS**

2. Motion of IATSE New York Production Locals for Allowance of its Proof of Claim Filed After the December 15, 2014 Bar Date (Docket No. 242) (Filed January 21, 2015)

   Objection Deadline: February 9, 2015 at 4:00 p.m. The objection deadline was extended to March 12, 2015 at 4:00 p.m. (ET) for the Debtor and the Official Committee of Unsecured Creditors.

   Responses Received: None.

   Status: On consent of the parties, this matter is adjourned to a date to be determined. This matter will not be going forward.

Dated: Wilmington, Delaware
September 21, 2015

                                    COLE SCHOTZ P.C.

                                    /s/ David R. Hurst
                                    David R. Hurst (I.D. No. 3743)
                                    500 Delaware Avenue, Suite 1410
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 652-3131
                                    Facsimile: (302) 652-3117

                                    – and –

                                    Daniel F.X. Geoghan
                                    900 Third Avenue, 16th Floor
                                    New York, New York 10022
                                    Telephone: (212) 752-8000
                                    Facsimile: (212) 752-8393

                                    *Proposed Counsel for Alfred T. Giuliano,
                                    Chapter 7 Trustee of Prospect Park Networks, LLC*

54407/0001-12274731v1