## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PROSPECT PARK NETWORKS, LLC, | Case No. 14-10520 (MFW) |
| Debtor. | |

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT PURSUANT TO RULE 1019(5)(A)(II) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that on August 20, 2015, the United States Bankruptcy Court for the District of Delaware entered the *Order Granting Debtor's Motion to Convert to a Case Under Chapter 7 of the Bankruptcy Code* [Docket No. 391] (the "**Conversion Order**") whereby the chapter 11 case of the debtor (the "**Debtor**") was converted to a case under chapter 7 of title 11 of the United States Code, effective as of August 20, 2015.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Conversion Order, and in accordance with Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the Debtor hereby files its final report and account, attached hereto as **Exhibit A**.

Dated: September 21, 2015
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware  19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:       chipman@chipmanbrown.com
             olivere@chipmanbrown.com

-AND-

**GENOVESE JOBLOVE & BATTISTA, P.A.**
John H. Genovese (Fla. Bar No. 280852)
Heather L. Harmon (Fla. Bar No. 13192)
Michael L. Schuster (Fla. Bar No. 57119)
(Admitted *Pro Hac Vice*)
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Telephone:     (305) 349-2300
Facsimile:     (305) 349-2310
Email:          JGenovese@Gjb-Law.com
                    HHarmon@Gjb-Law.com
                    MSchuster@Gjb-Law.com

*Counsel to Debtor*

# EXHIBIT A

| Exhibit "A" - Schedule of Receipts/Disbursements - Prospect Park Networks, LLC | | | |
|---|---|---|---|
| 3/10/2014 | Cash Balance - Petition Date | | $ 29,226.23 |
| 3/13/2014 | Hulu | Streaming Income | $ 5,790.62 |
| 4/7/2014 | Franchise Tax Board | 2014 California Franchise Tax | $ (800.00) |
| 4/10/2014 | Paychex | Monthly Fee | $ (44.00) |
| 5/9/2014 | Misc. Deposit | Streaming Income | $ 4,921.29 |
| 5/15/2014 | Hulu | Streaming Income | $ 48,183.96 |
| 5/28/2014 | Misc. Deposit | Streaming Income | $ 1,702.98 |
| 6/2/2014 | Hulu | Streaming Income | $ 43,727.67 |
| 6/24/2014 | United States Trustee | 1Q 2014 | $ (325.00) |
| 6/30/2014 | Misc. Deposit | Streaming Income | $ 3,696.73 |
| 7/1/2014 | Misc. Deposit | Streaming Income | $ 792.16 |
| 7/29/2014 | United States Trustee | 2Q 2014 | $ (325.00) |
| 7/30/2014 | Misc. Deposit | Streaming Income | $ 946.98 |
| 8/15/2014 | Hulu | Streaming Income | $ 22,867.62 |
| 8/29/2014 | State of Connecticut | Tax Credit Application | $ (5,000.00) |
| 9/2/2014 | Hulu | Streaming Income | $ 75,404.02 |
| 9/18/2014 | Misc. Deposit | Streaming Income | $ 261.00 |
| 10/3/2014 | Misc. Deposit | Streaming Income | $ 393.00 |
| 10/31/2014 | Misc. Deposit | Streaming Income | $ 276.30 |
| 11/13/2014 | United States Trustee | 3Q 2014 | $ (325.00) |
| 11/14/2014 | Hulu | Streaming Income | $ 6,035.56 |
| 11/14/2014 | Cole Schotz | Committee Professional Fees | $ (114,628.16) |
| 11/28/2014 | Hulu | Streaming Income | $ 43,335.19 |
| 12/16/2014 | Bank Fee | Misc. Fee | $ (27.70) |
| 12/17/2014 | Apple, Inc. | Tax Credit Application Proceeds | $ 14,101.00 |
| 12/29/2014 | Misc. Deposit | Streaming Income | $ 244.39 |
| 12/31/2014 | Cole Schotz | Committee Professional Fees | $ (59,709.65) |
| 1/8/2015 | Misc. Deposit | Streaming Income | $ 61.50 |
| 1/27/2015 | Refund of Bank Fee | Misc. Deposit | $ 27.70 |
| 2/10/2015 | Misc. Deposit | Streaming Income | $ 835.20 |
| 2/13/2015 | Hulu | Streaming Income | $ 5,355.72 |
| 2/27/2015 | Hulu | Streaming Income | $ 36,362.88 |
| 5/18/2015 | Hulu | Streaming Income | $ 5,388.26 |
| 5/28/2015 | Taxes | 2015 State Taxes | $ (1,953.21) |
| 5/29/2015 | Hulu | Streaming Income | $ 43,520.26 |
| 7/28/2015 | United States Trustee | 2Q 2015 | $ (325.00) |
| 8/17/2015 | Misc. Check | Misc. Fee | $ (657.00) |
| 8/17/2015 | Hulu | Streaming Income | $ 4,877.02 |
| | | | |
| | | **Cash Balance at Conversion** | **$ 214,215.52** |
| | | | |
| | RECEIPTS | Total Streaming Income | $ 354,980.31 |
| | | Tax Credit Proceeds | $ 14,101.00 |
| | | | |
| | DISBURSEMENTS | Total US Trustee Fees | $ (1,300.00) |
| | | Misc. Fees | $ (701.00) |
| | | Taxes | $ (2,753.21) |
| | | Filing Fee | $ (5,000.00) |
| | | Professional Fees | $ (174,337.81) |