## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                         :

In re:                           :     Chapter 7
                         :

PROSPECT PARK NETWORKS, LLC,     :     Case No. 14-10520 (MFW)
                         :

                 Debtor.[1]    :
                         :

------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 20, 2015 AT 2:00 P.M. (EASTERN TIME)
## BEFORE THE HONORABLE MARY F. WALRATH[2]

---

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED.**

---

## ORDERS ENTERED

1.       Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to Chapter 7 Trustee, *Nunc Pro Tunc* to August 20, 2015 (Docket No. 404) (Filed September 17, 2015)

        Related Documents:

             (a)       Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to Chapter 7 Trustee, *Nunc Pro Tunc* to August 20, 2015 (Docket No. 420) (Entered October 6, 2015)

        Objection Deadline:  October 1, 2015 at 4:00 p.m.

---

[1]     The last four digits of the Debtor's federal tax identification number are 8495.

[2]     The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Time) on Monday, October 19, 2015 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

Responses Received:  None.

Status:    The Court entered an Order granting the Application.  This matter will not be going forward.

2.    Application of Alfred T. Giuliano, Chapter 7 Trustee, for Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 Approving Employment of Cole Schotz P.C. as Counsel to the Trustee Effective as of August 20, 2015 (Docket No. 405) (Filed September 17, 2015)

Related Documents:

(a)    Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 Approving Employment of Cole Schotz P.C. as Counsel to the Trustee Effective as of August 20, 2015 (Docket No. 419) (Entered October 6, 2015)

Objection Deadline:  October 1, 2015 at 4:00 p.m.

Responses Received:  None.

Status:    The Court entered an Order granting the Application.  This matter will not be going forward.

Dated: Wilmington, Delaware
October 8, 2015

COLE SCHOTZ P.C.

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

– and –

Daniel F.X. Geoghan
900 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Counsel for Alfred T. Giuliano,
Chapter 7 Trustee of Prospect Park Networks, LLC*

2