**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PROSPECT PARK NETWORKS, LLC, | ) | Case No. 14-10520 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO FILE CLAIM AFTER CLAIMS BAR
DATE IN CHAPTER 11 PROCEEDING FILED BY IATSE NEW YORK PRODUCTION
LOCALS**

        IATSE New York Production Locals hereby files this Notice to withdraw its Motion to

Allow Its Proof of Claim Filed After the December 15, 2014 Bar Date in the Chapter 11

proceeding.


Date:   New York, New York
        November 11, 2015


                                        Respectfully Submitted,
                                        IATSE New York Production Locals


                                        By: __/s/ Eric R. Greene_____
                                                Eric R. Greene, Esq. (EG 7705)
                                                Spivak Lipton LLP
                                                1700 Broadway, 21st Floor
                                                New York, NY 10019
                                                (212) 765-2100
                                                (212) 765-8954
                                                egreene@spivaklipton.com