# REQUEST for PAYMENT of State Taxes

## Administrative Expenses



**State of Connecticut / Department of Revenue Services**
Collection & Enforcement Division / Bankruptcy Section

United States Bankruptcy Court for the
District of    **Delaware**

In the Matter of:        **Prospect Park Networks LLC**

| Case Chapter | Case Number |
|---|---|
| Chapter 7 | 14-10520 |

| Chapter Under Which Expense Arose |
|---|
| Chapter 11 |

| Date of Petition | Date of Conversion |
|---|---|
| 3/10/2014 | 8/20/2015 |

1. The undersigned, whose business address is 25 Sigourney Street, Hartford, Connecticut 06106, is the agent of the Commissioner of Revenue Services, and is authorized to make this request for payment on behalf of the State of Connecticut.
2. Request is made for payment of taxes and any interest or penalty due under the Connecticut General Statutes, as shown below
3. The grounds of liability is taxes due under the Connecticut General Statutes.

## Administrative Expenses

| Tax Reg. # | Tax Type | Tax Period | Tax Due | Penalty Due | Interest Due | Balance Due |
|---|---|---|---|---|---|---|
| xxxx1934-000 | Withholding | *12/14 | $ 1,000.00 | $ 100.00 | $ 70.00 | $ 1,170.00 |
| xxxx1934-000 | Withholding | *03/15 | $ 1,000.00 | $ 100.00 | $ 40.00 | $ 1,140.00 |
| xxxx1934-000 | Withholding | *06/15 | $ 1,000.00 | $ 100.00 | $ 10.00 | $ 1,110.00 |
| xxxx1934-000 | Withholding | *09/15 (07/01/15 - 08/20/15) | $ 570.00 | $ - | $ - | $ 570.00 |
| xxxx1934-000 | Sales and Use | *12/14 | $ 200.00 | $ 50.00 | $ 14.00 | $ 264.00 |
| xxxx1934-000 | Sales and Use | *03/15 | $ 200.00 | $ 50.00 | $ 8.00 | $ 258.00 |
| xxxx1934-000 | Sales and Use | *06/15 | $ 200.00 | $ 50.00 | $ 2.00 | $ 252.00 |
| xxxx1934-000 | Sales and Use | *09*15 (07/01/15 - 08/20/15) | $ 115.00 | $ - | $ - | $ 115.00 |
| xxxx1934-000 | Business Entity | 12/14 | $ 60.00 | $ - | $ - | $ 60.00 |
| xxxx1934-000 | Business Entity | *12/16 (01/01/15 - 08/20/15) | $ 250.00 | $ - | $ - | $ 250.00 |
| xxxx1934-000 | Partnership/SI Corp | 12/14 | $ 57.01 | $ - | $ - | $ 57.01 |
| xxxx1934-000 | Partnership/SI Corp | *12/15 (01/01/15 - 08/20/15) | $ 260.00 | $ - | $ - | $ 260.00 |

*=Estimated Periods

Amount due as of the date of this request.................................................................... $    5,506.01

Dollar amount per month or fraction thereof at which interest will accrue after the date of this request..........

| Penalty for Presenting Fraudulent Claim - Fine of not more than $500,000 or imprisonment for up to 5 years or both; 18 U.S.C. §§ 152, 3571. | Signature *(signed)* Title  Pamela D. Calachan  Revenue Services Tax Supervisor | Date  January 19, 2016  Telephone Number  (860) 297-5903 |
|---|---|---|

C&E 204 REV. 4/98